UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 16-221 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JUAN ANTONIO RAMIREZ-DIAZ, | ) | |
| Defendant. | ) | |

Offense charged:       Illegal Reentry after Deportation

Date of Detention Hearing:    May 13, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.       Defendant is reportedly a citizen of El Salvador.

DETENTION ORDER
PAGE -1

01        2.        The United States alleges that his presence in this country is illegal.   There is an

02   immigration detainer pending against him.   The instant charges originated in the Middle

03   District of Florida.   Defendant has waived an identity hearing and an Order of Transfer has

04   been signed.

05        3.        Defendant and his counsel offer no opposition to entry of an order of detention.

06        4.        Upon advice of counsel, defendant declined to be interviewed by Pretrial

07   Services.   Therefore, there is limited information available about him.

08        5.        Defendant poses a risk of nonappearance due to immigration status and lack of

09   verified background information.   There does not appear to be any condition or combination of

10   conditions that will reasonably assure the defendant's appearance at future Court hearings

11   while addressing the danger to other persons or the community.

12   It is therefore ORDERED:

13        1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

14             General for confinement in a correction facility separate, to the extent practicable, from

15             persons awaiting or serving sentences or being held in custody pending appeal;

16        2.   Defendant shall be afforded reasonable opportunity for private consultation with

17             counsel;

18        3.   On order of the United States or on request of an attorney for the Government, the

19             person in charge of the corrections facility in which defendant is confined shall deliver

20             the defendant to a United States Marshal for the purpose of an appearance in connection

21             with a court proceeding; and

22        4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

01    for the defendant, to the United States Marshal, and to the United State Pretrial Services

02    Officer.

03    DATED this 13th day of May, 2016.

04

05    _____
       Mary Alice Theiler
06     United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3